# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH MCERLAIN, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SPS TECHNOLOGIES, | : | No. 17-3034 |
| *Defendant*. | : | |

## O R D E R

**AND NOW**, this 28th day of January, 2019, upon consideration of Defendant SPS Technologies' Motion for Summary Judgment (Doc. No. 20), Plaintiff Kenneth McErlain's Response thereto (Doc. No. 21), Defendant SPS Technologies' Reply (Doc. No. 22), and Plaintiff Kenneth McErlain's Sur-Reply (Doc. No. 22) it is **ORDERED**:

1. that Defendant SPS Technologies' Motion for Summary Judgment (Doc. No. 20) is **GRANTED IN PART AND DENIED IN PART** as outlined in the Court's January 28, 2019 memorandum.

2. Plaintiff Kenneth McErlain's claims for Retaliation under the Pennsylvania Human Rights Act and Age Discrimination in Employment Act are **DISMISSED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE